IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH HUD, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ETHOS BIOSCIENCES, INC. | : | No. 22-1195 |
| Defendant. | : | |

## ORDER

**AND NOW,** this **6th** day of **September 2022**, following and consistent with the matters discussed during the telephone conference on September 6, 2022 attended by counsel for both parties, it is **ORDERED** that:

1. The parties shall complete all fact discovery no later than **November 16, 2022**;

2. Plaintiff Hud shall exchange all expert reports no later than **December 12, 2022**;

3. Defendant Ethos Biosciences, Inc. shall exchange all expert reports no later than **January 11, 2023**;

4. All dispositive motions shall be filed no later than **February 10, 2023**;

5. All expert discovery shall be complete no later than **February 10, 2023**; and

6. All responses briefings to dispositive motions shall be filed no later than **March 2, 2023**.

BY THE COURT:

_____
**Berle M. Schiller, J.**

1